UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:16-mj-29 |
| | ) | |
| JONATHAN MORRIS HURWITZ, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S MOTION TO SEAL COMPLAINT AND ALL RELATED PAPERS

COMES NOW, the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and moves the Court to **SEAL** the Complaint, this Motion, and all other related papers in the above-captioned case, showing the Court as follows:

1) On or about this date, a Complaint and an arrest warrant as captioned above were issued.

2) Publication of the Complaint and the arrest warrant and related papers could compromise this on-going investigation as well as other on-going investigations and potential undercover operations.

*(Signature appears on the following page)*

*(Signature page for Government's Motion to Seal)*

Respectfully submitted this 15th day of September, 2016.

                              EDWARD J. TARVER
                              UNITED STATES ATTORNEY

                              */s/ C. Troy Clark*
                              C. Troy Clark
                              Georgia State Bar No.: 811674
                              Assistant United States Attorney
                              United States Attorney's Office
                              Southern District of Georgia