AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br><br>JONATHAN MORRIS HURWITZ<br><br>*Defendant(s)* | Case No.<br>1:16-mj-29 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 18, 2016 through July 19, 2016  in the county of  Columbia  in the  Southern  District of  Georgia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2); (a)(5)(B) | Receipt, Transportation, and Distribution of Child Pornography; and Possession and Access, or Attempted Access, with Intent to View Child Pornography. |

This criminal complaint is based on these facts:
Please see the attached Affidavit which is attached hereto and incorporated by reference as if fully set forth herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Harley Snipes
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/15/2016

_____
*Judge's signature*

City and state: Augusta, Georgia

Hon. Brian K. Epps
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO.: 1:16-mj-29 |
| | ) |
| JONATHAN MORRIS HURWITZ, | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Harley Snipes, hereinafter referred to as Complainant, having been duly sworn, depose and state as follows:

**INTRODUCTION**

1. Complainant is employed as a Special Agent with Homeland Security Investigations, a division of Immigration and Customs Enforcement, stationed in Savannah, Georgia, assigned to the Special Agent in Charge Atlanta, Georgia.

2. Complainant is an investigative officer of the United States of America within the meaning of Title 18, United States Code, Section 2510(7), an officer of the United States who is empowered by law to conduct investigation of, and make arrests for, offenses enumerated in Title 18.

**PURPOSE**

3. The information contained in this Affidavit is based on my personal knowledge, information that I received from other law enforcement officers, and on what I have learned from the other sources specifically discussed herein.

4. This affidavit sets forth sufficient facts to establish probable cause that JONATHAN MORRIS HURWITZ (hereinafter referred to as "HURWITZ")

committed offenses in violation of Title 18, United States Code, Sections 2252A(a)(2), Receipt, Transportation, and Distribution of Child Pornography; and 2252A(a)(5)(B) Possession and Access, or Attempted Access, with Intent to View Child Pornography.

5. Since this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the requisite foundation for a probable cause finding to support the issuance of an arrest warrant.

## FACTS SUPPORTING PROBABLE CAUSE

6. As part of undercover investigations, law enforcement agents around the country have devised a number of pro-active investigative techniques aimed at identifying and investigating individuals involved in the sexual exploitation of minors through the production, distribution, receipt and possession of child pornography. One such technique is the use of Undercover Investigative Software to automate the browsing of child pornography files.

7. On or about July 18, 2016, Sgt. Lenny Carr of the Paulding County Sheriff's Office, Paulding County, Georgia, a member of the Georgia Internet Crimes Against Children Taskforce, was conducting an online investigation on the BitTorrent[1] network for offenders sharing child pornography. Sgt. Carr directed his

---

[1] The BitTorrent network is a publicly available peer-to-peer file sharing network. Most computers that are part of this network are referred to as "peers" or "clients." A peer/client can simultaneously provide files to some peers/clients while downloading files from other peers/clients. The BitTorrent network can be accessed by peer/client computers via many different BitTorrent network client (software) programs, examples of which include the BitTorrent client program, uTorrent client

2

investigative focus to a device at IP address 174.63.232.164, because it was associated with a torrent[2] with the infohash: e8d2676709ebc062884330d51386fbf51445a26b. This torrent file references 57756 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

8. Using a computer running investigative BitTorrent software, Sgt. Carr directly connected to the device at IP address 174.63.232.164, hereinafter referred to as "Suspect Device." The Suspect Device reported it was using BitTorrent client software -UT3470- µTorrent 3.4.7

9. Between Monday July 18, 2016 at 2014 hrs and Tuesday July 19, 2016 at 2018 hrs, Sgt. Carr successfully completed the download of one hundred and nine (109) files that the Suspect Device at IP address 174.63.232.164 was making available. The device at IP Address 174.63.232.164 was the sole candidate for each

---

program, and Vuze client program, among others. These client programs are publically available and typically free peer-to-peer client software programs that can be downloaded from the Internet. During the installation of typical BitTorrent network client programs, various settings are established which configure the host computer to share files via automatic uploading.

[2] Files or sets of files are shared on the BitTorrent network via the use of "Torrents." A "Torrent" is typically a small file that describes the file(s) to be shared. It is important to note that "Torrent" files do not contain the actual file(s) to be shared, but information about the file(s) to be shared. This information includes things such as the name(s) of the file(s) being referenced in the "Torrent" and the "info hash" of the "Torrent." The "info hash" is a SHA1[ ] hash value of the set of data describing the file(s) referenced in the "Torrent." This set of data includes the SHA1 hash value of each file piece in the torrent, the file size(s), and the file name(s). The "info hash" of each "Torrent" uniquely identifies the "Torrent" file on the BitTorrent network. The "Torrent" file may also contain information on how to locate file(s) referenced in the "Torrent" by identifying "Trackers." "Trackers" are computers on the BitTorrent network that collate information about the peers/clients that have recently reported they are sharing the file(s) referenced in the "Torrent" file.

3

download, and as such, each file was downloaded directly from this IP Address. The below files are examples of the files that were downloaded:

    A.    File Name: girl02.avi

        a.    SHA1- Hash Value: LLE2FX2MSOC4I3E2G4Z2ZKEU5OKDU5WE
        b.    File Description: This file is a twenty (20) second video that depicts a nude preteen girl about 9-11 performing oral sex on an adult male in an outdoor setting.

    B.    File Name: Anal Beads – Girl 11yo New.avi

        a.    SHA1- Hash Value: OMYP2HBAO7PCKZ7KUA2ZKFABR4G54SVD
        b.    File Description: This file is a one (1) second video that depicts a nude female child of approximately 8-11 laying facedown while an adult male can be seen inserting anal beads into the minor female's anus.

    C.    File Names: lsm02-08-076.jpg through lsm02-08-099.jpg (LS Series)

        a.    SHA1- Hash Values: Multiple
        b.    File Description: Theses twenty four (24) files are a series of color digital still images that depict two nude female children of approximately 12-15 years of age with them exposing their genitals and touching each other in a lewd, sexually charged lascivious manner. Neither female appears to have pubic hair and one female child has no breast development.

10. Using publically available search tools, law enforcement determined that IP address 174.63.232.164 was controlled by Internet Service Provider (ISP) Comcast Cable Communications.

11. On or about August 23, 2016, pursuant to legal process, Comcast Cable Communications produced business records indicating the following subscriber information for IP address 174.63.232.164:

Billing Name:    JONATHA HURWITZ

4

Billing Address:    5092 Windmill Lake Drive Evans, Georgia, 30809

12.    A check of the Columbia County, Georgia property roll, a publicly available database, revealed that HURWITZ is listed as one of the owners of the 5092 Windmill Lake Drive Evans, Georgia, 30809.

13.    On August 30, 2016, SA Jeffery Walton and Computer Forensic Agent (CFA) Antonio Whaley used an "inSSIDer" wireless device in an effort to gain additional information regarding any potential wireless networks at 5092 Windmill Lake Drive Evans, Georgia, 30809.  Positioned near the driveway of the 5092 Windmill Lake Drive Evans, Georgia, 30809, CFA Whaley noted that there were multiple wireless networks in the area and all of them were secured.  Accordingly, in order to use any of them to access the Internet, a user would likely have to know the encryption key or password for that particular network.  Based on the signal strength of the wireless networks in reference to their location at the time the signals were discovered and non-proximity to other locations as well as my training and experience, I believe that the wireless router at 5092 Windmill Lake Drive Evans, Georgia, 30809 is generating a secured wireless network.

14.    On or about September 1, 2016 a representative of Georgia Power indicated that electrical power service is being provided to HURWITZ at 5092 Windmill Lake Drive Evans, Georgia, 30809.

15.    On September 6, 2016, during surveillance of 5092 Windmill Lake Drive Evans, Georgia, 30809 agents observed a male matching the Georgia Driver's License photo of HURWITZ depart that location in a gray Ford Expedition displaying Georgia

registration "EXEC 1". A query of Georgia registration "EXEC 1" returned a record for a 2015 Ford Expedition registered to HURWITZ at 5092 Windmill Lake Drive Evans, Georgia, 30809.

16. A search of CLEAR database (a public records database that provides names, dates of birth, addresses, associates, telephone numbers, email addresses, etc.) was conducted for HURWITZ (DOB: December 10, 1967). These public records indicated that HURWITZ's current address is 5092 Windmill Lake Drive Evans, Georgia, 30809.

17. Research of open source information from the Internet regarding HURWITZ revealed a LinkedIn account which contains a picture of HURWITZ that matches the driver's license photo received from the Georgia Department of Driver Services. The LinkedIn profile lists HURWITZ's employer as the United States Army. The open source research also revealed a Facebook account with Facebook user name "JONATHAN HURWITZ". Several images on the Facebook profile of JONATHAN HURWITZ also match the driver's license photo received from the Georgia Department of Driver Services.

18. On or about September 7, 2016, the United States Magistrate Court for the Southern District of Georgia issued a search and seizure warrant for the premises located at 5092 Windmill Lake Drive Evans, Georgia, 30809.

19. That search warrant was executed the following day, on or about September 8, 2016. During the execution of that search warrant, Complainant encountered HURWITZ on the curtilage of 5092 Windmill Lake Drive, Evans,

6

Georgia. At that time, Complainant identified himself as a Special Agent with Homeland Security Investigations and informed HURWITZ of the search warrant. Complainant informed HURWITZ that he was not under arrest and that he was free to leave and requested HURWITZ's cooperation in notifying his spouse of the search warrant.

20. After agents secured the residence, Complainant and Task Force Officer ("TFO") C. Woodall informed HURWITZ that the search warrant authorized agents to search for evidence of child pornography. In the presence of TFO Woodall and Resident Agent in Charge J. Medica, Complainant again informed HURWITZ he was not under arrest and was free to leave. HURWITZ stated that he understood, but wished to remain at the residence with his family. HURWITZ also stated he wanted to cooperate with agents. HURWITZ agreed to make a statement.

21. During HURWITZ's non-custodial interview, HURWITZ stated he had used BitTorrent to download child pornography and identified the computer he used to download and view child pornography. HURWITZ stated he had downloaded and viewed child pornography since moving to the residence at 5092 Windmill Lake Drive Evans, Georgia, 30809. HURWITZ stated he liked the "LS" models series and often searched for those series. HURWITZ stated he knew the LS models were minors.[3] HURWITZ stated he liked to look at young girls not young boys. HURWITZ stated

---

[3] The "LS" series are a known series of child pornography which depict various minor females posing in a lewd, sexually charged lascivious manner. Images from one of these series were downloaded from HURWITZ's computer as detailed in Paragraph 9C.

7

he noticed "PTHC"[4] was a popular search term and also began searching for that term. HURWITZ had last downloaded and viewed child pornography about a week before the day of the search warrant. HURWITZ described the youngest children he had viewed by holding his hand about two feet off the ground, indicating a toddler. HURWITZ stated he had used several programs to delete and wipe his computer and had, in fact, taken advantage of these programs in an attempt to remove the downloaded files from his computer. HURWITZ stated he had never sexually abused children. During the interview HURWITZ informed his spouse that agents were searching the house because he had downloaded child pornography. HURWITZ stated he was admitting what he had done because he always instructs soldiers under his command to take responsibility for their actions.

22. After the completing the execution of the search warrant, agents seized approximately eighteen electronic devices capable of accessing the internet. A preliminary forensics examination of the computer HURWITZ admitted to using to download child pornography has revealed approximately forty-five (45) partial video files and approximately twenty (20) digital images that contain child pornography. Search terms for and images from LS Models series have also been identified in the preliminary forensics examination.

## CONCLUSION

23. Based on the foregoing, your affiant submits there is probable to cause to believe that at least from July 18, 2016 through July 19, 2016, within the Southern

---

[4] "PTHC" is the abbreviation of pre-teen hard core.

8

District of Georgia, JONATHAN MORRIS HURWITZ, committed offenses in violation of Title 18, United States Code, Sections 2252A(a)(2), Receipt, Transportation, and Distribution of Child Pornography; and 2252A(a)(5)(B) Possession and Access, or Attempted Access, with Intent to View Child Pornography.

Respectfully submitted,

_____
HARLEY SNIPES
Special Agent
Homeland Security Investigations

Sworn and subscribed before me
this 15th day of September, 2016, in Augusta, Georgia.

_____
HON. BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

9