# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

CASE NO.: 1:16Mj29　　　　　　　　　　DATE: 9/16/16
UNITED STATES OF AMERICA　　　　　　TIMES: 2:28-3:12
V.

**Jonathan Morris Hurwitz**

Honorable: Brian K. Epps, United States Magistrate Judge　　Courtroom Deputy: Rebecca Cirillo
Court Reporter: FTR　　　　　　　　　　　　　　　　　　Law Clerk: —
Probation Officer: Eller　　　　　　　　　　　　　　　　Security: Grooms

Attorney for Government: Troy Clark
Attorney for Defendant(s): Peter D. Johnson

**PROCEEDINGS:  INITIAL APPEARANCE/COMPLAINT**

- [x] All parties present and ready to proceed
- [x] Defendant advised of rights
- [x] Defendant advised of charges/allegations in Affidavit
- [x] Defendant advised of right to preliminary hearing
- [x] Defendant requests preliminary hearing
- [x] Preliminary Hearing scheduled for: 9/30/2016 at 2:00 PM
- [x] Government moves for detention
- [ ] Defendant requests five days to prepare for Detention Hearing
- [ ] Detention Hearing scheduled for:
- [x] Detention Hearing held

Witness for the Govt:　　　　　　　　　　　　　　　　[ ] Witness sworn
Witness for the Deft:　　　　　　　　　　　　　　　　[ ] Witness sworn

- [ ] Defendant Detained Pending Detention Hearing
- [x] Defendant Detained Pending Trial.
- [x] Defendant remanded to custody of US Marshal