## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

**ORDER OF DETENTION**

v.

**PENDING TRIAL**

JONATHAN MORRIS HURWITZ

CASE NO.: 1:16-MJ-029

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.

## Part I - Findings of Fact

**A.    Rebuttable Presumption Cases**

✔    (1) This is a **rebuttable presumption case** because there is probable cause to believe the defendant has committed an offense enumerated in 18 U.S.C. § 3142(e)(3), namely the receipt and distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2), **and**

✔    (2) Defendant has **not rebutted** the presumption that no condition or combination of conditions will reasonably assure the safety of another person or the community and/or no condition or combination of conditions will reasonably assure the appearance of the defendant as required

**B.    Non-Rebuttable Presumption Cases**

☐    (1) This is **not a rebuttable presumption case;** however, the case is eligible for a detention hearing under 18 U.S.C. § 3142(f)(1); and

(2) There is a serious risk that

☐    (a)    The defendant will not appear, and/or
☐    (b)    The defendant will endanger the safety of another person or the community.

## Part II - Written Statement of Reasons for Detention

I find that the information submitted at the hearing establishes:

☐ by a preponderance of the evidence, that no condition or combination of conditions will reasonably assure the appearance of the defendant as required; and/or

√ by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community

I find detention is necessary in light of the following:  (1) the presumption of detention triggered by the charges under 18 U.S.C. §§ 2252A(a)(2) of receiving and distributing child pornography; (2) the strength of the evidence against Defendant, including his reported confession of being sexually attracted to female children and the images of child pornography in his possession; and (3) the danger to female children in the community inherent in the release of any defendant facing these allegations.

## Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED this 19th day of September, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA